LAW LIBRARY

NO. 29347

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee

vs.

WANDA RURIKO MITA, Respondent/Defendant-Appellant

2010 JUL 27 PM 2:27 FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(HPD CRIMINAL NO. 164978DL)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1] and Acoba, J., dissenting)

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on June 10, 2010, is

hereby accepted.

DATED:  Honolulu, Hawaiʻi, July 27, 2010.

FOR THE COURT:

Associate Justice

Peter B. Carlisle,
Prosecuting Attorney, and
James M. Anderson,
Deputy Prosecuting Attorney,
on the application for
petitioner/plaintiff-
appellee.

---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ., and Circuit Judge Lee in place of Moon, C.J., recused.